IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02679-GPG

JOI POVEROMO, and
ANGELA WHITE,

      Plaintiffs,

v.

JOSEPH CHAPMAN, in his individual capacity,
COMMUNITY EDUCATION CENTERS,
JAMES HYMAN, in his individual capacity,
CHARITY DORSCH, in her individual capacity,
LARRY BOTTOMS, in his individual capacity, and
FNU BANNISTER, in her individual capacity,

      Defendants.

---

## ORDER DRAWING CASE

---

After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that

this case does not appear to be appropriate for summary dismissal.  Therefore, the

case will be drawn to a presiding judge and, if applicable, to a magistrate judge.  *See*

D.C.COLO.LCivR 8.1(c); D.C.COLO.LCivR 40.1(a).  Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and, if applicable,

to a magistrate judge.

DATED December 16, 2015, at Denver, Colorado.

BY THE COURT:

S/ Gordon P. Gallagher

_____
United States Magistrate Judge