IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-02679-WJM-MJW

JOI POVEROMO, and
ANGELA WHITE,

Plaintiffs,

v.

JOSEPH CHAPMAN, *in his individual capacity*,
COMMUNITY EDUCATION CENTERS,
JAMES HYMAN, *in his individual capacity*,
CHARITY DORSCH, *in her individual capacity*,
LARRY BOTTOMS, *in his individual capacity*, and
FNU BANNISTER, *in her individual capacity*,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Joint Motion for Protective Order (docket no. 33) is GRANTED finding good cause shown.  The written Stipulated Protective Order (docket no. 33-1) is APPROVED and made an Order of Court.

Date: May 2, 2016